In the Matter of TWENTYFIVE BROADWAY CORPORATION, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.

Argued October 22, 1952; decided November 25, 1952.

*Sol Pottish, George L. Genung* and *Harry L. Ettinger* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.